Opinion issued February 19, 2026



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00864-CV

———————————

**BLAKE BIERHAUS, Appellant**

**V.**

**CENTURION SELECTION LLC, Appellee**

On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Case No. 1238023

## MEMORANDUM OPINION

This is an appeal from an order, signed October 1, 2025, granting the motion for summary judgment of appellee Centurion Selection, LLC. The order stated it was a final order disposing of all parties and claims. Appellant Blake Bierhaus has not paid the fee for the clerk's record or the required filing fee and has not established

indigence for purposes of appellate costs.  *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault); *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No.24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals).

Appellant failed to respond to our notices of November 7, 2025 (non-payment of filing fee) and December 10, 2025 (non-payment for clerk's record), which advised appellant that, should he not pay the fee for the clerk's record or the filing fee or establish indigence, this appeal was subject to dismissal.  *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case).  Appellant has not responded to this Court's notices.

We dismiss the appeal.  *See* TEX. R. APP. P. 42.3, 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.